# EXHIBIT B



## 202511013 - HERNANDEZ, MARIBEL vs. ULTA SALON COSMETICS & FRAGRANCE INC (Court 157)

Print All 🖨 *(non-financial)*
**Chronological History**

| Summary | ＋ |
|---|---|
| **Appeals** | ＋ |
| **Cost Statements** | ＋ |
| **Transfers** | ＋ |
| **Post Trial Writs** | ＋ |
| **Abstracts** | ＋ |
| **Parties** | ＋ |
| **Court Costs** | ＋ |
| **Judgments/Events** | ＋ |
| **Settings** | ＋ |
| **Services/Notices** | ＋ |
| **Court Registry** | ＋ |
| **Child Support** | ＋ |
| **Images** | － |

\* Note: Not every case file in our library of records is available in electronic format. (A document may be filed in a case that is not viewable electronically.) Only **non-confidential** civil/criminal documents are available to the public. If a document in a case you are looking for is not available, please **click here** to notify Customer Service.

**You may print and save uncertified copies of documents from the preview window.**

**Purchase Order**
🖋 ( 6 documents )
**Print List** 🖨

If you are not a litigant in this case, you may visit our Customer Service departments to obtain copies of documents. Confidential or Sealed documents may not be dispensed to public customers.

If you are a litigant that is a party of this case and would like access to the restricted documents, please click **here**.

| Image No. | Type | Title | [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case 🖋 |
|---|---|---|---|---|---|---|---|
| 🖼 **119527925** | Filing | Affidavit of Service (Executed) | | | 03/18/2025 | 3 | Add to Basket 🖋 |
| 🖼 **119312677** | Filing | Request for Issuance of Service | | | 03/05/2025 | 3 | Add to Basket 🖋 |
| 🖼 **119018395** | Filing | Plaintiff's Original Petition, Jury Demand, and Rule 193.7 Notice | | | 02/18/2025 | 7 | Add to Basket 🖋 |
| 🖼 **119018396** | Filing | Request for Issuance of Service | | | 02/18/2025 | 2 | Add to Basket 🖋 |
| 🖼 **119021431** | Filing | Plaintiff's First Amended Petition | | | 02/18/2025 | 7 | Add to Basket 🖋 |
| 🖼 **119021432** | Filing | Civil Process Request Form | | | 02/18/2025 | 2 | Add to Basket 🖋 |

2/18/2025 10:01:41 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 97480073
By: MITCHELL, CARLY
Filed: 2/18/2025 10:01:41 AM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: Plaintiff's Original Petition, Jury Demand, and Rule 193.7 Notice _____

FILE DATE: February 18, 2025
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to: Ulta Salon, Cosmetics & Fragrance, Inc. _____

Address of Service: 211 E. 7th Street, Suite 620, Austin, Texas 78701 _____

City, State & Zip:_____

Agent (if applicable) Prentice Hall Corporation System, 211 E. 7th Street, Suite 620, Austin, Texas 78701___


Issue Service to: _____

Address of Service: _____

City, State & Zip:_____

Agent (if applicable) _____


**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ Citation | ☐ Citation by Posting | ☐ Citation by Publication | ☐ Citations Rule 106 Service |
| ☐ Citation Scire Facias | Newspaper_____ | | |
| ☐ Temporary Restraining Order | ☐ Precept | | ☐ Notice |
| ☐ Protective Order | | | |
| ☐ Secretary of State Citation ($12.00) | ☐ Capias (not by E-Issuance) | | ☐ Attachment (not by E-Issuance) |
| ☐ Certiorari | ☐ Highway Commission ($12.00) | | |
| ☐ Commissioner of Insurance ($12.00) | ☐ Hague Convention ($16.00) | | ☐ Garnishment |
| ☐ Habeas Corpus (not by E-Issuance) | ☐ Injunction | | ☐ Sequestration |
| ☐ Subpoena | | | |
| ☐ Other (Please Describe) _____ | | | |

(See additional Forms for Post Judgment Service)

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP** (phone) _____   ☒ E-Issuance by District Clerk
☐ **MAIL to attorney** at: _____   (No Service Copy Fees Charged)
☐ **CONSTABLE**
☐ **CERTIFIED MAIL by District Clerk**

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: Republic Services Box 176
       Phone: (713) 957-0094

☐ **OTHER**, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Matthew Stano        Bar # or ID  24077073

Mailing Address: 19747 Highway 59 N, Ste 400, Humble, TX 77338_____

Phone Number: 832-777-0390_____

Unofficial Copy Office of Marilyn Burgess District Clerk

3/5/2025 3:28 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 98108831
By: Gerardo Perez
Filed: 3/5/2025 3:28 PM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** 2025-11013 _____    **CURRENT COURT:** Harris County 157th Judicial District Court_____

**Name(s) of Documents to be served:** Plaintiff's First Amended Petition, Jury Demand, and Rule 193.7 Notice _____

**FILE DATE:** March 5, 2025

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Ulta Salon, Cosmetics & Fragrance, Inc. _____

Address of Service: 211 E. 7th Street, Suite 620, Austin, Texas 78701 _____

City, State & Zip:_____

Agent (if applicable) Prentice Hall Corporation System, 211 E. 7th Street, Suite 620, Austin, Texas 78701___

**Issue Service to:** _____

Address of Service: _____

City, State & Zip:_____

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

☒ Citation        ☐ Citation by Posting        ☐ Citation by Publication        ☐ Citations Rule 106 Service

☐ Citation Scire Facias        Newspaper_____

☐ Temporary Restraining Order        ☐ Precept        ☐ Notice

☐ Protective Order

☐ Secretary of State Citation ($12.00)        ☐ Capias (not by E-Issuance)        ☐ Attachment (not by E-Issuance)

☐ Certiorari        ☐ Highway Commission ($12.00)

☐ Commissioner of Insurance ($12.00)        ☐ Hague Convention ($16.00)        ☐ Garnishment

☐ Habeas Corpus (not by E-Issuance)        ☐ Injunction        ☐ Sequestration

☐ Subpoena

☐ Other (Please Describe) _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____        ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____            **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                                             *Note:* The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**                      used to retrieve the E-Issuance Service Documents.
                                                            Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: Republic Services Box 176
      Phone: (713) 957-0094

☐ **OTHER**, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Matthew Stano        Bar # or ID  24077073

Mailing Address: 19747 Highway 59 N, Ste 400, Humble, TX 77338_____

Phone Number: 832-777-0390_____

Unofficial Copy Office of Marilyn Burgess District Clerk

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jason Brooks on behalf of Matthew Stano
Bar No. 24077073
jbrooks@stanolawfirm.com
Envelope ID: 98108831
Filing Code Description: Request
Filing Description: Request for Issuance of Citation for First Amended Petition
Status as of 3/6/2025 8:33 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Service The Stano Law Firm | | Service@stanolawfirm.com | 3/5/2025 3:28:10 PM | SENT |

2/18/2025 10:50:23 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 97484427
By: COLLINS, IRIS T
Filed: 2/18/2025 10:50:23 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** 2025-11013 _____    **CURRENT COURT:** Harris County 157th Judicial District Court_____

**Name(s) of Documents to be served:** Plaintiff's First Amended Petition, Jury Demand, and Rule 193.7 Notice _____

**FILE DATE:** February 18, 2025
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Ulta Salon, Cosmetics & Fragrance, Inc. _____

Address of Service:  211 E. 7th Street, Suite 620, Austin, Texas 78701 _____

City, State & Zip:_____

Agent (if applicable) Prentice Hall Corporation System, 211 E. 7th Street, Suite 620, Austin, Texas 78701___

**Issue Service to:** _____

Address of Service: _____

City, State & Zip:_____

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ Citation | ☐ Citation by Posting | ☐ Citation by Publication | ☐ Citations Rule 106 Service |
| ☐ Citation Scire Facias | Newspaper_____ | | |
| ☐ Temporary Restraining Order | | ☐ Precept | ☐ Notice |
| ☐ Protective Order | | | |
| ☐ Secretary of State Citation ($12.00) | | ☐ Capias (not by E-Issuance) | ☐ Attachment (not by E-Issuance) |
| ☐ Certiorari | | ☐ Highway Commission ($12.00) | |
| ☐ Commissioner of Insurance ($12.00) | | ☐ Hague Convention ($16.00) | ☐ Garnishment |
| ☐ Habeas Corpus (not by E-Issuance) | | ☐ Injunction | ☐ Sequestration |
| ☐ Subpoena | | | |
| ☐ Other (Please Describe) _____ | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____    ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____       **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                                      *Note:* The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**               used to retrieve the E-Issuance Service Documents.
                                                     Visit www.hcdistrictclerk.com for more instructions.

Unofficial Copy Office of Marilyn Burgess District Clerk

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: Republic Services Box 176
     Phone: (713) 957-0094

☐ **OTHER**, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Matthew Stano    Bar # or ID  24077073

Mailing Address: 19747 Highway 59 N, Ste 400, Humble, TX 77338_____

Phone Number: 832-777-0390_____

Unofficial Copy Office of Marilyn Burgess District Clerk

2/18/2025 10:01 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 97480073
By: Carly Mitchell
Filed: 2/18/2025 10:01 AM

CAUSE NO. _____

| | | |
|---|---|---|
| MARIBEL HERNANDEZ | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ULTA SALON, COSMETICS & | § | |
| FRAGRANCE, INC. | § | |
| | § | |
| *Defendant* | § | _____ JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, AND RULE 193.7 NOTICE**

COMES NOW, MARIBEL HERNANDEZ, Plaintiff in the above-styled and numbered cause of action, complaining of Defendant, ULTA SALON, COSMETICS & FRAGRANCE, INC., and in support thereof would respectfully show the Court the following:

## I.    DISCOVERY CONTROL PLAN

1.1    The damages in this case exceed $50,000.00. Plaintiff requests discovery in this case to be conducted under a Level 2 Discovery Control Plan in accordance with Texas Rule of Civil Procedure 190.3.

## II.    PARTIES

2.1    Plaintiff, Maribel Hernandez, is a resident of Porter, Montgomery County, Texas.

2.2    Defendant, Ulta Salon, Cosmetics & Fragrance, Inc., is a foreign corporation authorized to conduct business in the State of Texas and operating within Harris County, Texas. Defendant may be served by delivering a true and correct copy of the petition and citation to its registered agent, Prentice Hall Corporation System, at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

### III.    JURISDICTION & VENUE

3.1    The Court has jurisdiction in this cause because the damages are within the jurisdictional limits of the Court.

3.2    All, or a substantial part, of the events or omissions giving rise to the claim occurred in Harris County, Texas. Therefore, venue is proper pursuant to §§ 15.001 and 15.002(a)(1) of the Texas Civil Practice & Remedies Code. Additionally, the venue is proper because the facts show that the convenience of the parties, and the witnesses, and the interest of justice would be best served in Harris County, Texas.

3.3    Plaintiff has satisfied all conditions precedent to this lawsuit.

3.4    Nothing Plaintiff did caused or contributed to this occurrence.

3.5    Plaintiff sues for actual damages that exceed $250,000.00 but not to exceed $1,000,000.00.

### IV.    FACTS

4.1    On or about July 8, 2013, during normal business hours, Plaintiff came upon the business premises which were owned, possessed, controlled and maintained by Defendant. Such premises were more specifically located at 20530 US Highway 59 North, Humble, Texas 77338 and is more commonly referred to as Ulta Humble (hereinafter also referred to interchangeably as "Defendant's premises"). While on Defendant's premises, Plaintiff purchased merchandise (oil for hair and scalp), and at checkout she was given a bag to carry it out of the store. However, the bag Plaintiff was given at checkout had a hole in it, causing the product within the bag to fall to the ground and spill. As a result, Plaintiff then slipped and fell due to the spill.

4.2    The incident occurred with tremendous force, proximately causing Plaintiff to suffer severe, excruciating, and painful debilitating injuries.

## V.  NEGLIGENCE OF DEFENDANT – PREMISES LIABILITY

5.1    At all times material and relevant to the incident forming the basis of this suit, Plaintiff was on Defendant's premises at the express or implied invitation of Defendant, and accordingly Plaintiff was Defendant's invitee at the time the incident occurred.

5.2    Defendant owed a duty to Plaintiff to exercise ordinary care in their ownership, possession, control, maintenance and use of the Defendant's premises to reduce or eliminate the unreasonable risk of harm created by a condition of Defendant's premises which Defendant knew about or in the exercise of ordinary care, should have known about.

5.3    Defendant, acting through their agents, servants and employees, failed to use that degree of care which an owner or occupier of ordinary prudence would have used under the same or similar circumstances, including but not limited to the following non-exhaustive list of particulars:

a.  failing to prevent persons from spilling liquid substance and/or other foreign materials into and on Defendant's premises;

b.  failing to adequately construct the floor surface of Defendant's premises with non-slip materials to take into consideration the leaking of foreign materials on the floor surface;

c.  failing to maintain and inspect the Defendant's premises to prevent foreign materials from remaining on the floor surface;

d.  failing to clean the floor surface of the Defendant's premises in a timely and prudent manner;

e.  failing to warn Plaintiff of the dangerous condition of the Defendant's premises;

f.  failing to warn Plaintiff of the ongoing operations on the Defendant's premises which gave rise to the danger in this case;

g.  failing to inspect carry-out bags to ensure that merchandise placed inside them did not spill or otherwise leak onto the floor surface of Defendant's premises;

h.  failing to train their employees to properly manage the Defendant's premises to help prevent and clean up dangerous conditions which developed on the floor surface; and/or

i.  other acts of negligence.

5.4    One, some, or all of the foregoing acts and/or omissions or others on the part of this Defendant constituted negligence, and such negligence was the proximate cause of the Plaintiff's injuries and damages.

## VI.    DAMAGES

6.1    As a result of the incident made the basis of this lawsuit as described in the preceding paragraphs and the negligence of Defendant, Plaintiff sustained significant injuries and damages in the past and will in reasonable probability sustain damages in the future.

6.2    Plaintiff respectfully requests that the trier of fact determine the amount of their damages and losses that they incurred in the past and that they will reasonably incur in the future, as well as the monetary value of these damages, which include, but are not limited to, the following:

a.  Past, present, and future physical pain and mental anguish;

b.  Past, present, and future loss of earning capacity;

c.  Past, present, and future disfigurement;

d.  Past, present, and future physical impairment;

e.  Past, present, and future medical care and related expenses; and

f.  Past, present, and future out-of-pocket economic losses.

6.3    Because of all of the above and foregoing, Plaintiff suffered actual damages in excess of the minimum jurisdictional limits of the Court for which damages Plaintiff now brings suit.

6.4     Plaintiff seeks both prejudgment and postjudgment interest as allowed by law, for all costs of Court, and all other relief, both general and special, at law and in equity, to which they may otherwise be justly entitled.

## VII.    PRESERVATION OF EVIDENCE

7.1     Plaintiff hereby requests and demands that Defendant preserve and maintain all evidence pertaining to any claim or defense related to the incident made the basis of this lawsuit, or the damages resulting therefrom, including photographs, videotapes, audiotapes, recordings, business or medical records; bills; estimates; invoices; checks; measurements; correspondence; memoranda; files; any item which has been removed from the premises which was involved in the incident; facsimile; email; voicemail; text messages; investigation; cellular telephone records; calendar entries; and any electronic image, data, or information related to Plaintiff, the referenced incident, or any damages resulting therefrom. Failure to maintain such items will constitute a spoliation of the evidence.

## VIII.    JURY DEMAND

8.1     Pursuant to Texas Rule of Civil Procedure 216, Plaintiff respectfully requests and demands a trial by jury. The appropriate jury fee is tendered with the submission of this pleading.

## IX.    RULE 193.7 NOTICE

9.1     Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to each Defendant that any and all documents produced may be used against the Defendant producing the document at any pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

## X.   CONCLUSION & PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that each Defendant be cited in terms of law to appear and answer herein, and that upon final trial and hearing hereof, Plaintiff recovers damages in accordance with the evidence, costs of Court herein expended, interest to which Plaintiff is justly entitled under the law, and that the Court grant Plaintiff such other and further relief, both general and special, at law and in equity, to which Plaintiff may otherwise be justly entitled.

Respectfully submitted,

THE STANO LAW FIRM

By: /s/ Matthew C. Stano
_____
**MATTHEW C. STANO**
State Bar No. 24077073
**JASON M. BROOKS**
State Bar No. 24092177
THE STANO LAW FIRM
Chase Bank Building
19747 Highway 59 N., Ste. 400
Humble, TX 77338
T: (832) 777-0390
F: (713) 969-4969
E-service: service@stanolawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jason Brooks on behalf of Matthew Stano
Bar No. 24077073
jbrooks@stanolawfirm.com
Envelope ID: 97480073
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition, Jury Demand, and Rule 193.7 Notice
Status as of 2/18/2025 10:05 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Service The Stano Law Firm | | Service@stanolawfirm.com | 2/18/2025 10:01:41 AM | SENT |



**ASE / ALL**
**Transmittal Number: 30953692**
**Date Processed: 03/07/2025**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Legal Department null<br>Ulta Salon, Cosmetics & Fragrance, Inc.<br>1000 Remington Blvd.<br>Ste 120<br>Bolingbrook, IL 60440-4708 |
| **Electronic copy provided to:** | Ashley Wyrobek<br>Esme Recendez<br>Jodi Caro<br>Kelly Nelson |

| | |
|---|---|
| **Entity:** | Ulta Salon, Cosmetics & Fragrance, Inc.<br>Entity ID Number  0199311 |
| **Entity Served:** | Ulta Salon Cosmetics & Fragrance Inc |
| **Title of Action:** | Maribel Hernandez vs. Ulta Salon Cosmetics & Fragrance Inc |
| **Matter Name/ID:** | Maribel Hernandez vs. Ulta (14453322) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Others |
| **Court/Agency:** | Harris County District Court, TX |
| **Case/Reference No:** | 202511013 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 03/07/2025 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | The Stano Law Firm<br>832-777-0390 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

RECEIVED

MAR - 7 2025

11:00 am

**COPY OF PLEADING PROVIDED BY PLT**

Receipt Number: 1017773
Tracking Number: 74448305EML

CAUSE NUMBER: 202511013

| | |
|---|---|
| PLAINTIFF: HERNANDEZ, MARIBEL | In the 157th Judicial |
| vs. | District Court of |
| DEFENDANT: ULTA SALON COSMETICS & FRAGRANCE INC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: ULTA SALON COSMETICS & FRANGRANCE INC (A FOREIGN CORPORATION)

BY SERVING ITS REGISTERED AGENT PRENTICE HALL CORPORATION SYSTEM

211 EAST 7TH STREET STE 620 AUSTIN TX 78701

    Attached is a copy of PLAINTIFFS FIRST AMENDED PETITION JURY DEMAND AND RULE 193.7 NOTICE.

This instrument was filed on March 5, 2025, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this March 6, 2025.

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: GERARDO PEREZ

Issued at request of:
STANO, MATTHEW CULLEN
19747 US HWY 59 N, STE 400
HUMBLE, TX  77338
832-777-0390
Bar Number: 24077073

Tracking Number: 74448305EML

CAUSE NUMBER: 202511013

| PLAINTIFF: HERNANDEZ, MARIBEL | In the 157th |
|---|---|
| vs. | Judicial District Court |
| DEFENDANT: ULTA SALON COSMETICS & FRAGRANCE INC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock _____. M., on the _____ day of
_____, 20_____.

Executed at (address) _____
in _____ County
at _____ o'clock _____. M., on the _____ day of
_____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of
_____, 20 _____.

FEE: $ _____                    _____

                                       _____ of _____

County, Texas

                          By: _____
_____
        Affiant                              Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 _____

                                       _____
                                              Notary Public

CAUSE NO. 2025-11013

| | | |
|---|---|---|
| MARIBEL HERNANDEZ | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ULTA SALON, COSMETICS & | § | |
| FRAGRANCE, INC. | § | |
| | § | |
| *Defendant* | § | 157TH JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED PETITION, JURY DEMAND, AND RULE 193.7 NOTICE

COMES NOW, MARIBEL HERNANDEZ, Plaintiff in the above-styled and numbered cause of action, complaining of Defendant, ULTA SALON, COSMETICS & FRAGRANCE, INC., and in support thereof would respectfully show the Court the following:

### I.    DISCOVERY CONTROL PLAN

1.1    The damages in this case exceed $50,000.00. Plaintiff requests discovery in this case to be conducted under a Level 2 Discovery Control Plan in accordance with Texas Rule of Civil Procedure 190.3.

### II.    PARTIES

2.1    Plaintiff, Maribel Hernandez, is a resident of Porter, Montgomery County, Texas.

2.2    Defendant, Ulta Salon, Cosmetics & Fragrance, Inc., is a foreign corporation authorized to conduct business in the State of Texas and operating within Harris County, Texas. Defendant may be served by delivering a true and correct copy of the petition and citation to its registered agent, Prentice Hall Corporation System, at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

### III.    JURISDICTION & VENUE

3.1    The Court has jurisdiction in this cause because the damages are within the jurisdictional limits of the Court.

3.2    All, or a substantial part, of the events or omissions giving rise to the claim occurred in Harris County, Texas. Therefore, venue is proper pursuant to §§ 15.001 and 15.002(a)(1) of the Texas Civil Practice & Remedies Code. Additionally, the venue is proper because the facts show that the convenience of the parties, and the witnesses, and the interest of justice would be best served in Harris County, Texas.

3.3    Plaintiff has satisfied all conditions precedent to this lawsuit.

3.4    Nothing Plaintiff did caused or contributed to this occurrence.

3.5    Plaintiff sues for actual damages that exceed $250,000.00 but not to exceed $1,000,000.00.

### IV.    FACTS

4.1    On or about July 26, 2023, during normal business hours, Plaintiff came upon the business premises which were owned, possessed, controlled and maintained by Defendant. Such premises were more specifically located at 20530 US Highway 59 North, Humble, Texas 77338 and is more commonly referred to as Ulta Humble (hereinafter also referred to interchangeably as "Defendant's premises"). While on Defendant's premises, Plaintiff purchased merchandise (oil for hair and scalp), and at checkout she was given a bag to carry it out of the store. However, the bag Plaintiff was given at checkout had a hole in it, causing the product within the bag to fall to the ground and spill. As a result, Plaintiff then slipped and fell due to the spill.

4.2    The incident occurred with tremendous force, proximately causing Plaintiff to suffer severe, excruciating, and painful debilitating injuries.

## V.    NEGLIGENCE OF DEFENDANT – PREMISES LIABILITY

5.1    At all times material and relevant to the incident forming the basis of this suit, Plaintiff was on Defendant's premises at the express or implied invitation of Defendant, and accordingly Plaintiff was Defendant's invitee at the time the incident occurred.

5.2    Defendant owed a duty to Plaintiff to exercise ordinary care in their ownership, possession, control, maintenance and use of the Defendant's premises to reduce or eliminate the unreasonable risk of harm created by a condition of Defendant's premises which Defendant knew about or in the exercise of ordinary care, should have known about.

5.3    Defendant, acting through their agents, servants and employees, failed to use that degree of care which an owner or occupier of ordinary prudence would have used under the same or similar circumstances, including but not limited to the following non-exhaustive list of particulars:

    a.  failing to prevent persons from spilling liquid substance and/or other foreign materials into and on Defendant's premises;

    b.  failing to adequately construct the floor surface of Defendant's premises with non-slip materials to take into consideration the leaking of foreign materials on the floor surface;

    c.  failing to maintain and inspect the Defendant's premises to prevent foreign materials from remaining on the floor surface;

    d.  failing to clean the floor surface of the Defendant's premises in a timely and prudent manner;

    e.  failing to warn Plaintiff of the dangerous condition of the Defendant's premises;

    f.  failing to warn Plaintiff of the ongoing operations on the Defendant's premises which gave rise to the danger in this case;

    g.  failing to inspect carry-out bags to ensure that merchandise placed inside them did not spill or otherwise leak onto the floor surface of Defendant's premises;

        h.   failing to train their employees to properly manage the Defendant's premises to help prevent and clean up dangerous conditions which developed on the floor surface; and/or

        i.   other acts of negligence.

5.4    One, some, or all of the foregoing acts and/or omissions or others on the part of this Defendant constituted negligence, and such negligence was the proximate cause of the Plaintiff's injuries and damages.

## VI.   **DAMAGES**

6.1    As a result of the incident made the basis of this lawsuit as described in the preceding paragraphs and the negligence of Defendant, Plaintiff sustained significant injuries and damages in the past and will in reasonable probability sustain damages in the future.

6.2    Plaintiff respectfully requests that the trier of fact determine the amount of their damages and losses that they incurred in the past and that they will reasonably incur in the future, as well as the monetary value of these damages, which include, but are not limited to, the following:

        a.   Past, present, and future physical pain and mental anguish;

        b.   Past, present, and future loss of earning capacity;

        c.   Past, present, and future disfigurement;

        d.   Past, present, and future physical impairment;

        e.   Past, present, and future medical care and related expenses; and

        f.   Past, present, and future out-of-pocket economic losses.

6.3    Because of all of the above and foregoing, Plaintiff suffered actual damages in excess of the minimum jurisdictional limits of the Court for which damages Plaintiff now brings suit.

6.4    Plaintiff seeks both prejudgment and postjudgment interest as allowed by law, for all costs of Court, and all other relief, both general and special, at law and in equity, to which they may otherwise be justly entitled.

## VII.    PRESERVATION OF EVIDENCE

7.1    Plaintiff hereby requests and demands that Defendant preserve and maintain all evidence pertaining to any claim or defense related to the incident made the basis of this lawsuit, or the damages resulting therefrom, including photographs, videotapes, audiotapes, recordings, business or medical records; bills; estimates; invoices; checks; measurements; correspondence; memoranda; files; any item which has been removed from the premises which was involved in the incident; facsimile; email; voicemail; text messages; investigation; cellular telephone records; calendar entries; and any electronic image, data, or information related to Plaintiff, the referenced incident, or any damages resulting therefrom. Failure to maintain such items will constitute a spoliation of the evidence.

## VIII.    JURY DEMAND

8.1    Pursuant to Texas Rule of Civil Procedure 216, Plaintiff respectfully requests and demands a trial by jury. The appropriate jury fee is tendered with the submission of this pleading.

## IX.    RULE 193.7 NOTICE

9.1    Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to each Defendant that any and all documents produced may be used against the Defendant producing the document at any pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

## X.    CONCLUSION & PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that each Defendant be cited in terms of law to appear and answer herein, and that upon final trial and hearing hereof, Plaintiff recovers damages in accordance with the evidence, costs of Court herein expended, interest to which Plaintiff is justly entitled under the law, and that the Court grant Plaintiff such other and further relief, both general and special, at law and in equity, to which Plaintiff may otherwise be justly entitled.

Respectfully submitted,

THE STANO LAW FIRM

By: /s/ Matthew C. Stano
      **MATTHEW C. STANO**
      State Bar No. 24077073
      **JASON M. BROOKS**
      State Bar No. 24092177
      THE STANO LAW FIRM
      Chase Bank Building
      19747 Highway 59 N., Ste. 400
      Humble, TX 77338
      T: (832) 777-0390
      F: (713) 969-4969
      E-service: service@stanolawfirm.com

**ATTORNEYS FOR PLAINTIFF**

Marilyn Burgess - District Clerk Harris County
Envelope No. 98593079
By: Nathaly Maldonado
Filed: 3/18/2025 2:40 PM

## AFFIDAVIT OF SERVICE

**State of Texas**                **County of Harris**                **157th Judicial District Court**

Case Number: 202511013

Plaintiff:
**MARIBEL HERNANDEZ**

vs.

Defendant:
**ULTA SALON, COSMETICS &
FRAGRANCE, INC.**

Received these papers on the 7th day of March, 2025 at 11:00 am to be served on **ULTA SALON, COSMETICS &
FRAGRANCE, INC. by delivering to its Registered Agent, THE PRENTICE-HALL CORPORATION SYSTEM, INC., 211 E.
7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Jeff Keyton, being duly sworn, depose and say that on the **7th day of March, 2025 at 2:55 pm, I:**

hand-delivered a true copy of this **Citation and Plaintiff's First Amended Petition, Jury Demand, and Rule 193.7 Notice,**
to **ULTA SALON, COSMETICS & FRAGRANCE, INC. by delivering to its Registered Agent, THE PRENTICE-HALL
CORPORATION SYSTEM, INC.** by and through its authorized agent, **KANEISHA GROSS,** at the address of: **211 E. 7th
Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of
delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501,
and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State
of Texas.  I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced
cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the
above-referenced cause.

Subscribed and Sworn to before me on the 7th day of
March, 2025 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

SCOTT L THOMAS
Notary ID #10407286
My Commission Expires
January 9, 2028

_____
**Jeff Keyton**
PSC-735; Exp 7/31/2026

Our Job Serial Number: THP-2025001574
Ref: 85506

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



**RECEIVED**

MAR - 7 2025

11:00 an

**COPY OF PLEADING PROVIDED BY PLT**

Receipt Number: 1017773
Tracking Number: 74448305EML

CAUSE NUMBER: 202511013

| | |
|---|---|
| PLAINTIFF: HERNANDEZ, MARIBEL | In the 157th Judicial |
| vs. | District Court of |
| DEFENDANT: ULTA SALON COSMETICS & FRAGRANCE INC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: ULTA SALON COSMETICS & FRANGRANCE INC (A FOREIGN CORPORATION)

BY SERVING ITS REGISTERED AGENT PRENTICE HALL CORPORATION SYSTEM

211 EAST 7TH STREET STE 620 AUSTIN TX 78701

Attached is a copy of PLAINTIFFS FIRST AMENDED PETITION JURY DEMAND AND RULE 193.7 NOTICE.

This instrument was filed on March 5, 2025, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this March 6, 2025.

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: GERARDO PEREZ

Issued at request of:
STANO, MATTHEW CULLEN
19747 US HWY 59 N, STE 400
HUMBLE, TX 77338
832-777-0390
Bar Number: 24077073

**AFFIDAVIT ATTACHED**

Tracking Number: 74448305EML

CAUSE NUMBER: 202511013

PLAINTIFF: HERNANDEZ, MARIBEL

    vs.

DEFENDANT:   ULTA   SALON   COSMETICS   &
FRAGRANCE INC

In the 157th

Judicial District Court

of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _11_ o'clock _____ M., on the _7th_ day of
_MARCH_, 20_25_.

Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of
_____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20____.

FEE: $ _____

_____ of _____

County, Texas

_____    By: _____
     Affiant                           Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 _____

_____
                   Notary Public